## Commonwealth *v.* Markley, Appellant.

Submitted June 14, 1971. *D. Patrick Zimmerman,* Public Defender, for appellant; *Harry J. Rutherford,* First Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Mason, Appellant.

Argued June 14, 1971. *William R. Bernhart,* with him *Austin, Speicher, Boland, Connor & Giorgi,* for appellant; *Grant E. Wesner,* Deputy District Attorney, with him *Robert L. Van Hoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.